## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**NYERERE C. ELLIS and**           **CIVIL SUIT NUMBER 16-CV-1676**
**VENITA TSOULOGIANNIS**

**VERSUS**                       **JUDGE ROBERT JAMES**

**MICHAEL JAMES BRYANT,**      **MAGISTRATE JUDGE HAYES**
**NDJ TRUCKING, INC., and**
**NATIONAL INDEMNITY COMPANY**
**************************************************************************

### NOTICE OF SETTLEMENT

NOW COMES, defendants, Michael James Bryant, NDJ Trucking, Inc., and National Indemnity Company, through undersigned counsel, and respectfully provides this Notice that the parties have agreed upon a settlement of all claims in the above captioned matter. A Joint Motion of Dismissal and Proposed Judgment will be filed upon the execution of the appropriate release documents.

Respectfully submitted:

***FAIRCLOTH, MELTON AND SOBEL, LLC***

By: _____
        Lottie L. Bash, T.A. (Bar Roll #26186)
        Laura Beth Matthews (Bar Roll #33862)
        105 Yorktown Drive
        Alexandria, Louisiana  71303
        Phone: (318) 619-7755
        Facsimile: (318) 619-7744
        lbash@fairclothlaw.com
        lmatthews@fairclothlaw.com
        **ATTORNEYS FOR DEFENDANTS, MICHAEL JAMES BRYANT, NDJ TRUCKING, INC., AND NATIONAL INDEMNITY COMPANY**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2017, I electronically filed the foregoing with the clerk of court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


<u>*/s/ Laura Beth Matthews*</u>
OF COUNSEL